

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

## NO. WR-85,537-01

---

**EX PARTE WILLIAM PETER BUHLER, Applicant**

---

**ON APPLICATION FOR A WRIT OF HABEAS CORPUS**
**CAUSE NO. 2009CR0928W-W1 IN THE 379TH DISTRICT COURT**
**FROM BEXAR COUNTY**

---

*Per curiam*.  YEARY, J., not participating.

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the

clerk of the trial court transmitted to this Court this application for a writ of habeas corpus.  *Ex parte*

*Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967).  Applicant pleaded *nolo contendere* to online

solicitation of a minor pursuant to Section 33.02(b) of the Texas Penal Code, and was sentenced to

four years' imprisonment.  He did not appeal his conviction.

Although Applicant has discharged his sentence in this case, he alleges that he is suffering

continuing consequences from this conviction in that he is required to register as a sex offender, and

in that it is affecting his employment.  Those continuing consequences are sufficient to allow this

Court to address his claims. *See Ex parte Harrington*, 310 S.W.3d 452, 456-58 (Tex. Crim. App. 2010).

In *Ex parte Lo*, this Court declared § 33.021(b) of the Texas Penal Code unconstitutional. *Ex parte Lo*, 424 S.W.3d 10 (Tex. Crim. App. 2013). Applicant now contends that in light of *Lo* his conviction is no longer valid. The trial court recommends granting relief. We agree. *Ex parte Chance*, 439 S.W.3d 918 (Tex. Crim. App. 2014). Relief is granted. The judgment in cause number 2009CR0928W in the 379th District Court of Bexar County is set aside in accordance with this Court's opinion in *Ex parte Lo*.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.

Delivered: August 24, 2016
Do not publish